DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALTMAN-GLENEWINKEL CONSTRUCTION, LLC,**
Appellant,

v.

**ORANGE & BLUE CONSTRUCTION INC., BBM STRUCTURAL ENGINEERS, MSA ARCHITECTS INC.,** and **GFA INTERNATIONAL INC., ET AL.,**
Appellee.

No. 4D20-241

[November 12, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case Nos. 502017CA001280XXXMB and 502017CA002430XXXXMB.

Adam P. Handfinger & Freddy X. Muńoz of Peckar & Abramson, P.C., Miami, for appellant.

Jon D. Derrevere and Shirley Jean McEachern of Derrevere Stevens Black & Cozad, West Palm Beach, for appellee GFA International Inc.

PER CURIAM.

*Affirmed. See Grace & Naeem Uddin, Inc. v. Singer Architects, Inc.,* 278 So. 3d 89, 92 (Fla. 4th DCA 2019); *McElvy, Jennewein, Stefany, Howard, Inc. v. Arlington Elec., Inc.,* 582 So. 2d 47 (Fla. 2d DCA 1991).

MAY, FORST and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***